

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00445-CV

| | | |
|---|---|---|
| Marilyn Martin | § | From the 67th District Court |
| | § | of Tarrant County (067-261106-12) |
| v. | § | January 16, 2014 |
| Midfirst Bank | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM